**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PHILIP J. TRIDICO, | |
| Plaintiff, | |
| v. | Civil Action No. 13-0937 (ESH) |
| DISTRICT OF COLUMBIA, | |
| Defendant. | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion [ECF No. 35], it is

hereby

**ORDERED** that defendant's motion for summary judgment [ECF No. 26] is

**GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that Counts IV, VII, VIII, IX, X, and the discrimination claim in Count III

are dismissed; it is further

**ORDERED** that the parties shall appear for a status conference on September 15, 2015,

at 11:00 AM in Courtroom 23A.

**SO ORDERED**.

/s/  *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   September 1, 2015